United States District Court
Southern District of Texas
**ENTERED**
August 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNLIMITED SERVICES, LLC,  §  |  | |
| Plaintiff-Counterclaim-Defendant § | | |
| § | | |
| VS § | CIVIL ACTION NO. 4:19-4414 | |
| § | | |
| ANADARKO PETROLEUM CORP., § | | |
| Defendant-Counterclaim-Plaintiff § | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ANADARKO PETROLEUM CORP., § | |
| Third-Party Plaintiff § | |
| § | |
| VS § | |
| § | |
| ST. PAUL MERCURY INSURANCE § | |
| COMPANY; THE TRAVELERS § | |
| COMPANIES, § | |
| Third-Party Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above refereneced proceeding is Third-Party Defendants St. Paul Mercury Insurance Company and The Travelers Companies' Motion to Dismiss (Doc. No. 21); Anadarko Petroleum Corporation's response (Doc. No. 25) the reply (Doc. No. 26); Magistrate Judge Stacy's Memorandum and Recommendation (Doc. No. 36; and Third-Party Defendants' objections to the Memorandum and Recommendation (Doc. No. 40).

The Court has reviewed the case, *de novo*, and agrees with the Magistrate Judge's conclusion that, as a party interested under the written contracts, Anadarko has a right to seek court judgment interpreting these contracts. Unlike judgments that establish liability, questions of construction are not subject to the no-direct-action rule. Accordingly, it is hereby

**ORDERED** that Third-Party Defendants St. Paul Mercury Insurance Company and The Travelers Companies' Motion to Dismiss (Doc. No. 21) is **DENIED**.

Signed at Houston, Texas, this ___25th___ day of August, 2020.

                                                             ANDREW S. HANEN
                                                             UNITED STATES DISTRICT JUDGE